UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARGAN PRECISION CO., Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>FUJINON CORPORATION,<br><br>Defendant. | Case No. CV-10-1318 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO ENLARGE TIME FOR DEFENDANT TO FILE ANSWER AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT<br><br>The Honorable Sandra Brown Armstrong |

Having considered the parties' STIPULATION TO ENLARGE TIME FOR DEFENDANT TO FILE ANSWER AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT and for good cause shown, the Court adopts the Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 5-13-10

SANDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE