UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARGAN PRECISION CO., Ltd., <br><br> Plaintiff, <br><br> vs. <br><br> FUJINON CORPORATION, <br><br> Defendant. <br><br> AND COUNTERCLAIMS. | Case No: C 10-1318 SBA <br><br> **SCHEDULING ORDER** |

Defendant has noticed a motion to substitute for hearing on October 26, 2010. Dkt. 37. That date is not available on the Court's calendar. Therefore, the motion will not be heard on that date.

The parties shall meet and confer forthwith in an attempt to resolve the motion informally, without the Court's intervention. Within ten days of the date this Order is filed, the parties shall submit a stipulation and proposed order regarding the requested substitution. If no stipulation is possible, Plaintiff shall file its opposition, not to exceed three pages, within that ten day time-frame. Defendant's reply, if applicable, shall be filed no later than five days after Plaintiff files its response, and shall not exceed two pages. If the motion is not superseded by a stipulation and proposed order, the Court will resolve the motion based on the papers submitted, without oral argument. See Civ. L.R. 7-1(b).

IT IS SO ORDERED.

Dated: September 23, 2010

　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge