RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1357
Facsimile: (415) 442-1001
Email: rtautkus@morganlewis.com

NATHAN W. MCCUTCHEON (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
E-mail: nmccutcheon@morganlewis.com

Attorneys for Defendant and Counterclaim Plaintiff
FUJINON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARGAN PRECISION CO., LTD., | Case No. CV-10-1318 SBA |
| Plaintiff and Counterclaim Defendant, | [PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM PLAINTIFF'S MOTION TO SUBSTITUTE |
| v. | |
| FUJINON CORPORATION, | The Honorable Saundra Brown Armstrong |
| Defendant and Counterclaim Plaintiff. | |

The Court, having considered the Motion to Substitute Defendant and Counterclaim Plaintiff, and the Joint Stipulation regarding the Motion to Substitute Defendant and Counterclaim Plaintiff, finds that the motion should be GRANTED. Therefore, it is ORDERED that Fujifilm Corporation be substituted for Fujinon Corporation, as Defendant and Counterclaim Plaintiff in this case.

Dated: 10/12/10

*Saundra B. Armstrong*
Honorable Saundra Brown Armstrong

1  [PROPOSED] ORDER (CV-10-1318 SBA)

DB1/65666110.1