1  RITA E. TAUTKUS (State Bar No. 162090)
   rtautkus@morganlewis.com
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001

5  NATHAN W. MCCUTCHEON (admitted *pro hac vice*)
   nmccutcheon@morganlewis.com
6  MORGAN, LEWIS & BOCKIUS LLP
   1111 Pennsylvania Avenue, NW
7  Washington, DC 200004
   Tel:  202.739.3000
8  Fax:  202.739.3001

9  Attorneys for Defendant and Counterclaim Plaintiff
   FUJIFILM CORPORATION

10

11                UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                     OAKLAND DIVISION

14

15  LARGAN PRECISION CO., LTD.,              Case No. CV-10-1318 (SBA)

16      Plaintiff and Counterclaim Defendant,   **ORDER GRANTING ADMINISTRATIVE
                                                 REQUEST TO FILE UNDER SEAL**
17      v.                                       **PURSUANT TO CIVIL L.R. 79-5:
                                                 EXHIBITS 3 AND 6 TO THE**
18  FUJIFILM CORPORATION,                        **DECLARATION OF NATHAN W.
                                                 MCCUTCHEON IN SUPPORT OF**
19      Defendant and Counterclaim Plaintiff.    **FUJIFILM'S CLAIM CONSTRUCTION
                                                 BRIEF; CONFIDENTIAL PORTIONS OF**
20                                               **FUJIFILM'S CLAIM CONSTRUCTION
                                                 BRIEF**
21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/65966956.1

[PROPOSED] ORDER GRANTING
ADMIN. REQUEST TO FILE UNDER SEAL
CASE NO. CV-10-1318 (SBA)

1

**<u>ORDER</u>**

2

Upon good cause shown, IT IS HEREBY ORDERED that Fujifilm Corporation's

3

("Fujifilm") Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5 is GRANTED

4

as follows:

5

Exhibits 3 and 6 to the Declaration of Nathan W. McCutcheon, and the confidential

6

version of Fujifilm's Claim Construction Brief, identified by Fujifilm as sealable in the

7

documents lodged with the Clerk in sealed envelopes labeled "DOCUMENT SUBMITTED

8

UNDER SEAL" in connection with its Claim Construction Brief, SHALL be filed UNDER

9

SEAL by the Clerk.

10

**IT IS SO ORDERED**.

11

12

Dated: 11/30/10

_____

SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/65966956.1

1

[PROPOSED] ORDER GRANTING
ADMIN. REQUEST TO FILE UNDER SEAL
CASE NO. CV-10-1318 (SBA))