1  John P. Schnurer, Bar No. 185725
   JSchnurer@perkinscoie.com
2  Brian Wacter, Bar No. 223165
   BWacter@perkinscoie.com
3  Cheng C. (Jack) Ko, Bar No. 244630
   JKo@perkinscoie.com
4  Michael J. Engle, Bar No. 259476
   MEngle@perkinscoie.com
5  PERKINS COIE LLP
   11988 El Camino Real, Suite 200
6  San Diego, CA  92130-3334
   Telephone:  858.720.5707
7  Facsimile:  858.720.5799

8  Attorneys for Plaintiff and Counterclaim-Defendant
   Largan Precision Co., Ltd.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  LARGAN PRECISION CO., LTD.,              Case No. 10-cv-1318 SBA

15              Plaintiff/Counter-           **ORDER GRANTING ADMINISTRATIVE
                Defendant,                   REQUEST TO FILE UNDER SEAL
16                                           PURSUANT TO CIVIL L.R. 79-5(D)
         v.                                  CONFIDENTIAL PORTIONS OF
17                                           LARGAN'S RESPONSIVE CLAIM
    FUJIFILM CORPORATION,                    CONSTRUCTION BRIEF**
18
                Defendant/Counter-
19              Claimant.

20

21

22

23

24

25

26

27

28

1 **PROPOSED ORDER**

2 Upon good cause shown, IT IS HEREBY ORDERED that Largan Precision Co., Ltd.'s

3 ("Largan") Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5(d) is

4 GRANTED as follows:

5 The confidential version of Largan's Responsive Claim Construction Brief, identified by

6 Largan as sealable in the documents lodged with the Clerk in sealed envelopes labeled

7 "DOCUMENT SUBMITTED UNDER SEAL" in connection with its Responsive Claim

8 Construction Brief, SHALL be filed UNDER SEAL by the Clerk.

9 **IT IS SO ORDERED.**

11 Dated: _4/12/11

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE