1 John P. Schnurer, SBN 185725,
jschnurer@perkinscoie.com
2 Cheng C. (Jack) Ko, SBN 244630,
ko@perkinscoie.com
3 Michael J. Engle, SBN 259476,
mengle@perkinscoie.com
4 Perkins Coie LLP
11988 El Camino Real, Suite 200
5 San Diego, CA 92130
Telephone: (858) 720-5700
6 Facsimile: (858) 720-5799

7 Attorneys for Plaintiff and Counterclaim Defendant
LARGAN PRECISION CO., LTD.
8
Rita E. Tautkus, SBN 162090,
9 rtautkus@morganlewis.com
Morgan,Lewis & Bockius LLP
10 One Market, Spear Street Tower
San Francisco, CA 94105-1126
11 Telephone: (415) 442-1357
Facsimile: (415) 442-1001
12
Kell. M. Damsgaard (admitted pro hac vice)
13 kdamsgaard@morganlewis.com
MORGAN, LEWIS & BOCKIUS
14 1701 Market Street
Philadelphia, PA 19103-2921
15 Telephone: (215) 963-5000
Facsimile: (215) 963-5001
16 Attorneys for Defendant and Counterclaim Plaintiff
FUJIFILM CORPORATION

17

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                              OAKLAND DIVISION

21 | LARGAN PRECISION CO., LTD., | Case No. 10-CV-1318 SBA

22 | Plaintiff, | ORDER ALLOWING COUNSEL TO BRING EQUIPMENT INTO THE COURTROOM
23 | v. | FOR CLAIM CONSTRUCTION HEARING

24 | FUJIFILM CORPORATION, | Date    October 27, 2011
                                     Time:   9:00 a.m.
25 | Defendant. | Courtroom 1
                              Judge:  Hon. Saundra B. Armstrong

26

27

28

IT IS HEREBY ORDERED that counsel for Largan Precision Co., Ltd. and Fujifilm Corporation may bring into the Federal Oakland Courthouse in Courtroom 1 – 4th Floor located at 1301 Clay Street, Oakland, California 94612, and setup in the courtroom of the Honorable Saundra Brown Armstrong, certain equipment and materials for the purposes of facilitating the hearing on Claim Construction to be held on October 27, 2011 at 9:00 a.m. Specifically, counsel is authorized to bring into the courtroom the following equipment:

(A) Projector (1);

(B) Backup Projector Bulb (1);

(C) Projector Screen;

(D) Laptop Computers (4);

(E) Document Camera (ELMO) (1);

(F) Miscellaneous A/V cabling, electrical cables, connections, power strips, extension cords, and other connective cables;

(G) VGA Distribution Amp(1);

(H) VGA Switch (1);

(I) Projector stands (25"x17") w/skirt (2);

(J) Laser pointer (1);

(K) USB Drives; and

(L) Tech Tables (2).

///

///

///

///

///

IT IS FURTHER ORDERED that the parties will be allowed to enter the courtroom at 8:00 a.m. on October 27, 2011, to set-up the aforementioned equipment in advance of the hearing.

IT IS SO ORDERED.

DATED: 10/25/11

*Saundra B. Armstrong*
Judge Saundra Brown Armstrong
United States District Judge