RITA E. TAUTKUS (State Bar No. 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: rtautkus@morganlewis.com

NATHAN W. MCCUTCHEON (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
E-mail: nmccutcheon@morganlewis.com

Attorneys for Defendant and Counterclaim Plaintiff
FUJIFILM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARGAN PRECISION CO., LTD., | Case No. CV-10-1318 SBA |
| Plaintiff and Counterclaim Defendant, | **STIPULATION REGARDING DISMISSAL OF AND EVIDENCE RELATING TO A CLAIM FOR MONEY DAMAGES OR INJUNCTIVE RELIEF AND SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS AND DISCOVERY RELATED TO SAME** |
| v. | |
| FUJIFILM CORPORATION, | |
| Defendant and Counterclaim Plaintiff. | |
| | The Honorable Saundra Brown Armstrong |

In order to streamline the litigation of this case, simplify the issues for trial, and save the parties' time and expense, Fujifilm Corporation ("Fujifilm") and Largan Precision Co., Ltd. ("Largan") stipulate and agree:

1. Fujifilm and Largan stipulate and agree to the dismissal with prejudice of any and all of Fujifilm's claims for damages against Largan for the alleged infringement of U.S. Patent No. 7,453,654 ("the '654 patent"); Fujifilm further stipulates and agrees that it will not present any evidence on, make any argument about, or otherwise address the issue of damages in the above-captioned case, from the date of this stipulation on, including but not limited to trial;

2. Fujifilm and Largan stipulate and agree to the dismissal with prejudice of Fujifilm's claim for an injunction based on the alleged infringement of the '654 patent; Fujifilm further stipulates and agrees that it will not present any evidence, make any argument, or otherwise address the issue of injunctive relief on the '654 patent in the above-captioned case, from the date of this stipulation on, including but not limited to trial; and

3. Fujifilm further stipulates and agrees that it will not present any evidence on, make any argument about, or otherwise address any of the secondary considerations of non-obviousness with respect to the '654 patent in the above-captioned case, from the date of this stipulation on, including but not limited to trial.

Largan, in turn, stipulates and agrees that it will not take fact or expert discovery in this action on the aforesaid matters.

This stipulation and agreement is made without prejudice to, shall not affect, and shall not be admissible with respect to any other claims, defenses, or evidence presented by Fujifilm or Largan in this action or any other action.  The entry of this stipulation by either party shall not, by itself, give rise to any claim for costs or fees by either party hereto.

IT IS SO AGREED AND STIPULATED.

1    Dated:  March 5, 2013                    MORGAN, LEWIS & BOCKIUS LLP

2

3                                             By  */s/ Rita E. Tautkus*
                                                 RITA E. TAUTKUS (SBN 162090)
4                                                One Market, Spear Street Tower
                                                 San Francisco, CA 94105-1126
5                                                Telephone: (415) 442-1357
                                                 Facsimile: (415) 442-1001
6
                                                 Attorneys for Defendant and Counterclaim
7                                                Plaintiff FUJIFILM CORPORATION

8

9    Dated:  March 5, 2013                    PERKINS COIE LLP

10

11                                            By  */s/ Matthew C. Bernstein*
                                                 John P. Schnurer (SBN 185725)
12                                               JSchnurer@perkinscoie.com
                                                 Matthew C. Bernstein (SBN 199240)
13                                               MBernstein@perkinscoie.com
                                                 Cheng C. Ko (SBN 244630)
14                                               JKo@perkinscoie.com

15                                               Attorneys for Plaintiff and Counterclaim
                                                 Defendant LARGAN PRECISION CO.,
16                                               LTD.

17

18

19

20

21

22

23

24

25

26

27

28

FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Rita E. Tautkus, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 5th day of March, 2013, at San Francisco.


*/s/ Rita E. Tautkus*
Rita E. Tautkus

JT STIP RE TRIAL ISSUES AND DISCOVERY
10-CV-1318 SBA