1  John P. Schnurer (SBN 185725)
   JSchnurer@perkinscoie.com
2  Matthew C. Bernstein (SBN 199240)
   MBernstein@perkinscoie.com
3  Michael J. Engle (SBN 259476)
   MEngle@perkinscoie.com
4  PERKINS COIE LLP
   11988 El Camino Real, Suite 200
5  San Diego, CA  92130-3334
   Telephone:  858.720.5700
6  Facsimile:  858.72.5799

7  Attorneys for Plaintiff and Counterclaim Defendant LARGAN
   PRECISION CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| LARGAN PRECISION CO., LTD., | Case No. CV-10-1318 SBA |
|---|---|
| Plaintiff and Counterclaim Defendant, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| FUJIFILM CORPORATION, | |
| Defendant and Counterclaim Plaintiff. | The Honorable Saundra Brown Armstrong |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Largan Precision Co., Ltd. and Defendant Fujifilm Corporation, by their respective counsel, having stipulated to dismissal with prejudice of the entire action (including Defendant's counterclaims herein), with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated:  August 8, 2013                              MORGAN, LEWIS & BOCKIUS LLP


By: */s/ Rita E. Tautkus*
   RITA E. TAUTKUS (SBN 162090)
   One Market, Spear Street Tower
   San Francisco, CA 94105-1126
   Telephone: 415.442.1357
   Facsimile: 415.442.1001

   Attorneys for Defendant and Counterclaim
   Plaintiff FUJIFILM CORPORATION


Dated:  August 8, 2013                              PERKINS COIE LLP


By: */s/ Michael J. Engle*

   John P. Schnurer (SBN 185725)
   JSchnurer@perkinscoie.com
   Matthew C. Bernstein (SBN 199240)
   MBernstein@perkinscoie.com
   Michael J. Engle (SBN 259476)
   MEngle@perkinscoie.com
   PERKINS COIE LLP
   11988 El Camino Real, Suite 200
   San Diego, CA  92130-3334
   Telephone:  858.720.5700
   Facsimile:  858.72.5799

   Attorneys for Plaintiff and Counterclaim
   Defendant LARGAN PRECISION CO.,
   LTD.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Michael J. Engle, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of August, 2013, at Los Angeles, California.

*/s/Michael J. Engle*
Michael J. Engle